UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KISHA BROWN-YOUNGER, | |
| Plaintiff, | 2:11-cv-539-GMN-RJJ |
| vs. | |
| STATE OF NEVADA, OFFICE OF THE LABOR COMMISSIONER, | O R D E R |
| Defendant, | |

This matter was submitted to the undersigned Magistrate Judge on Plaintiff's Demand Letter (#2) and Supplement (#3).

Upon review of the Demand Letter (#2) and the Supplement (#3) and good cause appearing therefore,

IT IS HEREBY ORDERED that the Clerk shall strike the Demand Letter (#2) as it is not related to this case pursuant to applicable federal jurisdiction.

IT IS FURTHER ORDERED that the Clerk shall strike the Supplement (#3) as this is an unauthorized document.

DATED this __13th__ day of April, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge