UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KIRSHA BROWN-YOUNGER, ) | |
| ) | |
| Plaintiff, ) | 2:11-cv-00539-GMN-RJJ |
| ) | |
| vs. ) | |
| ) | |
| STATE OF NEVADA OFFICE OF ) | O R D E R |
| LABOR COMMISSIONER, ) | |
| ) | |
| Defendant, ) | |
| ) | |

Upon review of this case and good cause appearing therefore,

IT IS HEREBY ORDERED that on or before August 19, 2011, Plaintiff, Kirsha Brown-Younger, shall file a new Application to Proceed *In Forma Pauperis*

IT IS FURTHER ORDERED that Plaintiff, Kirsha Brown-Younger, is advised that failure to comply with this Order may result in a recommendation that this case be dismissed.

IT IS FURTHER ORDERED that the Clerk shall send Plaintiff, Kirsha Brown-Younger a long form IFP application along with a copy of this Order.

DATED this  11th  day of July , 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge