UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KIRSHA BROWN-YOUNGER, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> STATE OF NEVADA OFFICE OF ) <br> LABOR COMMISSIONER, ) <br> ) <br> Defendant, ) <br> ) | 2:11-cv-539-GMN–RJJ <br><br><br> O R D E R |

This matter was submitted to the undersigned Magistrate Judge on Plaintiff's Motion to Stay Pending Appeal (#31) and Motion for Leave to Proceed *In Forma Pauperis* on Appeal (#36).

The Court having reviewed the Motions (#31 and #36) and the file herein, finds that the United States Court of Appeals for the Ninth Circuit has dismissed Plaintiff's appeal. *See*, Order (#48). Good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's Motion to Stay Pending Appeal (#31) and Motion for Leave to Proceed *In Forma Pauperis* on Appeal (#36) are **DENIED AS MOOT**.

DATED this   15th   day of July, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge