UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KIRSHA BROWN-YOUNGER, | )<br>) |
| Plaintiff, | )   2:11-cv-539-GMN-RJJ<br>) |
| vs. | )<br>) |
| STATE OF NEVADA LABOR<br>COMMISSIONER, *et al.*, | )<br>)   O R D E R<br>) |
| Defendant, | )<br>) |

This matter was submitted to the undersigned Magistrate Judge on Plaintiff, Kirsha Brown-Younger's Motion For Request to File electronically (#55).

The Court having reviewed the Motion (#55) and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff, Kirsha Brown-Younger's  Motion for Request to File Electronically (#55) is **GRANTED with the following provisions**:

1. On or before August 31, 2011, Plaintiff, Kirsha Brown-Younger must provide certification that she has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices and the Civil & Criminal Events Menu that are accessible on this court's website.

2. Plaintiff, Kirsha Brown-Younger is not authorized to file electronically until said certification is filed with the Court within the time frame specified.

. . . .

. . . .

3. Upon timely filing of the certification, Plaintiff Kirsha Brown-Younger shall contact the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

DATED this __28th__ day of July, 2011.

                                                                    _____
ROBERT J. JOHNSTON
United States Magistrate Judge